```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

GREGORY L. DANIELS,              *
                                 *
    Plaintiff,               *
                                 *
vs.                              *   CIVIL ACTION 08-00399-CG-B
                                 *
MICHAEL J. ASTRUE,               *
Commissioner of                  *
Social Security,                 *
                                 *
    Defendant.               *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 4, 2010, is **ADOPTED** as the opinion of this Court.

    **DONE** and **ORDERED** this the 19th day of February, 2010.

                                       /s/ Callie V. S. Granade
                                       CHIEF UNITED STATES DISTRICT JUDGE