IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY L. DANIELS, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION 08-00399-CG-B |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for disability insurance benefits, be **AFFIRMED.**

**DONE** and **ORDERED** this the 19th day of February, 2010.


    /s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE